THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* TROPICAL FRUIT CORPORATION, Appellant.

(Argued December 3, 1929; decided January 7, 1930.)

*George Thoms* for appellant.

*Hamilton Ward, Attorney-General (Borden H. Mills* of counsel), for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,· KELLOGG, O'BRIEN and HUBBS, JJ.